# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
ANGELO RICHARDSON,                        )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )    Case No. 1:12-cv-1937
                                          )
ELEANOR HOLMES NORTON,                    )
Delegate to the U.S. House of Representatives, )
                                          )
                    Defendant.            )
_____)

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1442 and 1446, defendant the Honorable Eleanor Holmes

Norton, Delegate to the U.S. House of Representatives for the District of Columbia, hereby

removes this action from the Small Claims and Conciliation branch of the Superior Court of the

District of Columbia, where it originally was filed, to the U.S. District Court for the District of

Columbia.  *Pro se* plaintiff Angelo Richardson filed in the Superior Court on or about November

13, 2012 the Small Claims Form and Information Sheet (referred to collectively as the

"Complaint") that gives rise to this removal petition.  On November 26, 2012, Mr. Richardson

hand-delivered copies of the Complaint to Congresswoman Norton's district office.

Removal is appropriate pursuant to 28 U.S.C. § 1442(a), inasmuch as Congresswoman

Norton is being sued in an official capacity for alleged acts or omissions under color of her office

as a Member of Congress, and the Congresswoman can raise, in addition to certain non-federal

defenses, a colorable federal defense to the claims asserted, namely failure to exhaust

administrative remedies under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680.

Copies of the following, which constitute all of the filings with the Superior Court of which we are aware, are attached:

- Docket Sheet (Exhibit 1); and

- Statement of the Claim and Information Sheet (filed November 13, 2012) (Exhibit 2).

Respectfully submitted,

KERRY W. KIRCHER, D.C. Bar # 386816
General Counsel
WILLIAM PITTARD, D.C. Bar # 482949
Deputy General Counsel
*/s/ Christine Davenport*
CHRISTINE DAVENPORT
Senior Assistant Counsel

Office of General Counsel[1]
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

*Counsel for Defendant the Honorable Eleanor Holmes Norton, Delegate to the U.S. House of Representatives for the District of Columbia*

November 30, 2012

---

[1] Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 130f(a).

2

**CERTIFICATE OF SERVICE**

I certify that on November 30, 2012, I served one copy of the foregoing Notice of

Removal by FedEx overnight delivery on:

Angelo Richardson
3023 14th Street, NW
Apartment 810
Washington, D.C.  20009

*/s/ Christine Davenport*
*Christine Davenport*