# Exhibit 2

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM –120
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

Small Claims Form 11                                                                                                   General

Angelo Richardson
**Plaintiff(s)**

3023 14th Street N.W. #810
Washington D.C. 20009
Address                        Zip-Code

Phone No. 240-494-6139

vs.

(1) Eleanor Holmes Norton
**Defendant(s)**
(2)
(3)

No. SC 2012 SC (7) 00-019

## STATEMENT OF CLAIM

Took place at Providence Hospital 1150 Varnum Street N.E 20017

Plaintiff Angelo Richardson was allegedly involved in a presidential investigation at Providence Hospital and in the white house at 6-8-1986, case about a brain virus prison disease infection live on television, New channel, premeditated plot separated from his biological mother Law suit against the congress asking for $5000 plaintiff economic skill Negligence to disputed case.

DISTRICT OF COLUMBIA, ss: Angelo Richardson _____ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Angelo Richardson   Angelo Richardson
**Plaintiff/Agent (Sign and Print Name)**

Title: _____

Address: 3023 14th Street NW #810
City/State/Zip Code: Washington DC 20009
Phone No.: 240-494-6139

Subscribed and sworn to before me this __11__ day of __November__, 20_12_.
(month and year)

Deputy Clerk (or notary public)

Angelo Richardson
**Attorney for Plaintiff (Sign and Print Name)**

Address: 3023 14th Street NW #810   Zip Code 20009
Bar No.: _____   Phone No.: 240-494-6139

**FILED**
NOV 13 2012
Clerk
Superior Court
District of Columbia
Small Claims Branch

### NOTICE (All parties must notify the court of any address changes)

To:
(1) Eleanor Holmes Norton                        (2) _____
**Defendant**                                         **Defendant**

Address: 529 14th Street N.W. suit 900
Washington D.C   Zip Code 20045
☐ Home   ☐ Business

Address: _____
☐ Home   ☑ Business   Zip Code _____

You are hereby notified that __Angelo Richardson__ has made a claim and is requesting judgment against you in the sum of __five thousands dollar__ dollars ($ 5,000 ), as shown by the foregoing statement. The court will hold a hearing upon this claim on __December 4 2012__ at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS BRING THIS NOTICE WITH YOU AT ALL TIMES

3 pgs (rw)

CV-471/JUL. 06

Deputy Clerk
Small Claims and Conciliation Branch

## INSTRUCTIONS TO DEFENDANTS

**IMPORTANT: IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services Program at (202) 269-5100, the DC Law Students in Court Program at (202) 638-4798, Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161. If you need further help, come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the legal aid directory on www.lawhelp.org/dc. Act promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer:

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

PUEDE OBTENERSE COPIAS DE ESTE FORMULARTO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DEL COLUMBIA, BUILDING B, 510 4TH STREET N.W., SALA 120.

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
## SMALL CLAIMS AND CONCILIATION BRANCH
## INFORMATION SHEET

Plaintiff: Angela Richardson

vs

Defendant: Eleanor Holmes Norton

Case No: 2012 SC (3) 009 7019

Date: 11-7-12

Name: (please print) Angela Richardson

Firm Name, if applicable: [signature]

Telephone No: 240-444-6139

6 Digit Unified Bar No.: ☐ Other:

Relationship to Lawsuit:
☐ Attorney for Plaintiff
☑ Self (Pro Se)

Do you need an interpreter for your case? ☐ Yes  ☑ No  If yes, what type:

AMOUNT IN CONTROVERSY: ☐ $1-$500  ☐ $500.01-$2,500  ☑ $2,500.01-$5,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:
Case No: _____  Case No: _____

NATURE OF SUIT: (Check Appropriate Box(s))

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing
- ☐ Debt Suit
- ☐ Personal Property
- ☐ Unpaid Wages
- ☐ Breach of Contract
- ☐ Breach of Warranty
- ☐ Loan
- ☐ Services Rendered
- ☐ Home Improvement Contract
- ☐ Negotiable Instrument
- ☐ Rent Due
- ☐ Security Deposit
- ☐ Oral

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another
- ☐ Automobile
- ☐ Property Damage
- ☐ Conversion
- ☐ Destruction of Property
- ☐ Shop Lifting
- ☐ Trespass

**C. PERSONAL TORT** – a claim for an injury or wrong committed on the person of another
- ☐ Assault and Battery
- ☐ Automobile
- ☐ Harassment
- ☐ False Witness
- ☐ Personal Injury
- ☐ Fraudulent Misrepresentation
- ☐ Libel and Slander
- ☑ Negligence
- ☐ Slip and Fall

**D.** ☐ UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

**G.** ☐ SUBROGATION – a claim filed by one person in the place of another

**E.** ☐ FOREIGN JUDGMENT – a judgment, decree or order filed from another jurisdiction

**H.** ☐ COLLECTION – a claim filed by a seller or lender to collect a consumer debt.

**F.** ☐ MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing?  ☐ Yes  ☐ No

CV-3046/Rev. Feb. 08

Angelo Richardson

In order to be of service to you, I need to know the following information about your problem:

Name: Angela Richardson
Address: 3023 14th Street N.W #810
City: Washington D.C 20009     State: _____ Zip: _____
Day Phone: (202) 486-9769     Evening Phone: ( )
FAX: ( )     E-Mail: angelorichardson643@ymail.com
Social Security Number: _____     Other Claim, Account, or File Number: _____
Date of Birth: 6/8/86     Agency: _____
USCIS "A"* Number: _____     OWCP "A"* Number: _____
*You probably don't have these numbers.

Please state the result you want: Involve in a presidential investigation economy using my economic skill separated from biological mother, Samarith Grey she has the case confidential

Please describe your problem. You may use additional sheets and attach copies of relevant documents:

proof of documents. polly graph test hire a private investigator

(OVER)

Pursuant to the Privacy Act, I hereby give Congresswoman Eleanor Holmes Norton permission to assist me with the above matter.

Signature: [signed]     Date: 11-26-12

Please signed release to: Cong. Eleanor Holmes Norton
529 14th ST NW STE 900
Washington, DC 20045-1928
Fax: (202) 783-5211

**Additional Space on Back. Do Not Send Original Documents, Send Copies Only.**